470 A.2d 967

**J.I. CASE CREDIT CORPORATION**

**v.**

**Norman LYND, d/b/a Green Thumb Lawn Service, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1984.

Decided Jan. 24, 1984.

Norman Lynd, I.P.P., for appellant.

Ralph David Samuel, Robert Hertzfeld, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Matter transferred to Superior Court for expedited disposition pursuant to Rule 751, Pa.R.A.P.